UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLY THACKER, <br> KRIS HALL, and <br> KELLY COOPER, <br> on behalf of themselves and <br> others similarly situated, <br> <br> Plaintiffs, <br> <br> v. <br> <br> ULTIMATE HOME SERVICES, LLC, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:18-cv-2573-TWP-DLP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR APPROVAL OF SETTLEMENT**

The Court, having considered Defendant's Unopposed Motion for Approval of Settlement, now GRANTS the motion.

The Court notes that each of the individual Plaintiffs have executed the Settlement Agreement attached as Exhibit A to Defendant's Unopposed Motion for Approval of Settlement. The Settlement Agreement is approved. Accordingly, the Motion is granted and this case is now closed.

Date: 1/22/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

24180714.1